**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ECOLAB INC., a Delaware corporation, and ECOLAB USA INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> PURELINE TREATMENT SYSTEMS, LLC, a Delaware corporation, and PURELINE SOLUTIONS, LLC, an Illinois corporation <br><br> Defendants. | Civil Action No. 1:19-cv-04523 |

## PLAINTIFFS' NOTIFICATION AS TO AFFILIATES AND CORPORATE DISCLOSURE STATEMENT

Plaintiffs, through their undersigned attorneys, hereby discloses the following pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2:

Ecolab Inc. is a publicly traded corporation on the New York Stock Exchange under the symbol "ECL." Ecolab USA, Inc. is a wholly-owned subsidiary of Ecolab Inc. No other publicly traded company owns more than 5% or either plaintiff.

Respectfully Submitted,

Date: July 9, 2019

s/Robert D. Leighton
Anthony R. Zeuli (IL #6231415)
Karen L. Beckman
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: 612.371.5208

David E. Morrison
Robert D. Leighton
GOLDBERG KOHN LTD.
Suite 3300
55 East Monroe
Chicago, Illinois 60603
Phone: 312.863.7194

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2019, a copy of the foregoing document has been served via FedEx on counsel for defendants as follows:

Scott Redman
Scott D.H. Redman, LLC
2410 West Grace Street, Suite 100
Chicago, IL 60618

/s/ Robert D. Leighton
Robert D. Leighton